# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
Nationview/Bhate JV III, LLC ) ASBCA Nos. 59770, 59908
)
Under Contract No. W91278-10-C-0070 )

APPEARANCES FOR THE APPELLANT: E. Mabry Rogers, Esq.
Luke D. Martin, Esq.
Carly E. Miller, Esq.
Bradley Arant Boult Cummings LLP
Birmingham, AL

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
Ronald J. Goodeyon, Esq.
Lauren M. Williams, Esq.
U.S. Army Engineer District, Tulsa

## OPINION BY ADMINISTRATIVE JUDGE TING

Pursuant to a mediation conducted by the Board, the parties have settled the appeals. The parties have entered into a settlement agreement and have jointly requested that the Board enter judgment in the above-referenced appeals.

It is the Board's decision, pursuant to 41 U.S.C. §§ 7105(e), 7108(b), and the parties' stipulation and agreement, that the appeals are sustained. In the nature of a consent judgment, the Board makes a monetary award to appellant in the amount of $1,509,627.50 inclusive of interest (¶ 2.a of settlement agreement). The Corps of Engineers will pay Nationview/Bhate JV III, LLC $25,372.50 in retainage. The Corps of Engineers will submit the balance amount of $1,509,627.50 for payment from the Judgment Fund. No interest shall be paid on this amount.

Dated: 27 August 2015

PETER D. TING
Administrative Judge
Armed Services Board
of Contract Appeals

(Signatures continued)

I concur                         I concur

MARK N. STEMPLER            RICHARD SHACKLEFORD
Administrative Judge             Administrative Judge
Acting Chairman                  Vice Chairman
Armed Services Board            Armed Services Board
of Contract Appeals              of Contract Appeals

      I certify that the foregoing is a true copy of the Opinion and Decision of the Armed Services Board of Contract Appeals in ASBCA Nos. 59770, 59908, Appeals of Nationview/Bhate JV III, LLC, rendered in conformance with the Board's Charter.

      Dated:

                                 JEFFREY D. GARDIN
                                 Recorder, Armed Services
                                 Board of Contract Appeals